NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY CUDJOE,<br><br>    Plaintiff,<br><br>v.<br><br>VENTURES TRUST 2013I-H-R BY MCM CAPITAL PARTNERS, LLP f/k/a MCM CAPITAL PARTNERS LLC, AS TRUSTEE, BANK OF AMERICA HOME LOANS SERVICING, LP, KELLER WILLIAMS MONMOUTH OCEAN, IFTIKHAR HAQ, COLDWELL RESIDENTIAL BROKERAGE, FREEMAN JEFFREY SMITH, WILLIAM BRAUKMANN, and KIMBERLY BRAUKMANN,<br><br>    Defendants.<br><br>WILLIAM BRAUKMANN, and KIMBERLY BRAUKMANN,<br><br>    Third Party Plaintiffs,<br><br>v.<br><br>FAY SERVICING, BANK OF AMERICA HOME LOANS SERVICING, LP, COLDWELL RESIDENTIAL BROKERAGE, IFTIKHAR HAQ, KELLER WILLIAMS MONMOUTH OCEAN, FREEMAN JEFFREY SMITH, and VENTURES TRUST 2013I-H-R BY MCM CAPITAL PARTNERS, LLP,<br><br>    Third Party Defendants. | Civ. No. 18-10158<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

1

IT APPEARING that Third Party Defendant Ventures Trust 2013I-H-R by MCM Capital Partners, LLP has filed a Motion to Dismiss the Third Party Complaint (ECF No. 23); and it further

APPEARING that Third Party Defendant Bank of America Home Loans Servicing, LP has filed a Motion to Dismiss the Third Party Complaint (ECF No. 31); and it further

APPEARING that Third Party Plaintiffs William and Kimberly Braukmann do not oppose the above Motions;

IT IS on this 10th day of January,

ORDERED that Third Party Defendant Ventures Trust 2013I-H-R by MCM Capital Partners, LLP's Motion to Dismiss the Third Party Complaint (ECF No. 23) is GRANTED; and it is further

ORDERED Third Party Defendant Bank of America Home Loans Servicing, LP's Motion to Dismiss the Third Party Complaint (ECF No. 31) is GRANTED; and it is further

ORDERED that the Third Party Complaint (ECF No. 9) is DISMISSED as to Third Party Defendants Ventures Trust 2013I-H-R by MCM Capital Partners, LLP and Bank of America Home Loans Servicing, LP.

       /s/ Anne E. Thompson
       ANNE E. THOMPSON, U.S.D.J.