NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY CUDJOE,<br><br>        Plaintiff,<br><br>v.<br><br>VENTURES TRUST 2013I-H-R BY MCM CAPITAL PARTNERS, LLP f/k/a MCM CAPITAL PARTNERS LLC, AS TRUSTEE, *et al.*,<br><br>        Defendants. | Civ. No. 18-10158<br><br>**MEMORANDUM ORDER** |
| WILLIAM BRAUKMANN, and KIMBERLY BRAUKMANN,<br><br>        Third Party Plaintiffs,<br><br>v.<br><br>FAY SERVICING, *et al.*,<br><br>        Third Party Defendants. | |

THOMPSON, U.S.D.J.

       IT APPEARING that Plaintiff Mary Cudjoe has filed a Motion for Extension of Time to Amend Complaint (ECF No. 48); and it further

       APPEARING that leave to amend a pleading should be "freely give[n] when justice so requires," Fed. R. Civ. P. 15(a)(2); *accord Alvin v. Suzuki*, 227 F.3d 107, 121 (3d Cir. 2000);

       IT IS on this 9th day of April, 2019,

       ORDERED that Plaintiff's Motion for Extension of Time to Amend (ECF No. 48) is GRANTED; and it is further

       ORDERED that Defendant Ventures Trust 2013I-H-R by MCM Capital Partners, LLP's

Motion to Dismiss (ECF No. 45) is DISMISSED AS MOOT; and it is further

ORDERED that Plaintiff is granted leave to file an amended complaint by April 12, 2019.

                                                     */s/ Anne E. Thompson*
                                                    ANNE E. THOMPSON, U.S.D.J.